

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00238-CV

**IN THE INTEREST OF R.L.G., ET AL., CHILDREN,**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. FL-12-341
Honorable Robert R. Barton, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before July 16, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court